IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CR-174-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| HOWARD DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |

On December 19, 2017, the court held a hearing concerning defendant's motion to dismiss [D.E. 33]. As explained in open court and incorporated by reference, the motion to dismiss [D.E. 33] is DENIED.

SO ORDERED. This 20 day of December 2017.

JAMES C. DEVER III
Chief United States District Judge