UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-174-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| HOWARD DAVIS | ) | |

For good cause shown, the United States' motion to authorize agents of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) to collect DNA samples from Defendant HOWARD DAVIS is hereby GRANTED. Agents of the ATF are hereby authorized to obtain buccal swab samples from Defendant DAVIS for comparison with DNA recovered from relevant evidence.

SO ORDERED, this 11 of July, 2018.

JAMES C. DEVER, III.
Chief United States District Court Judge