UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:17-CR-174-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| HOWARD DAVIS | ) | |

Upon motion of the United States, it is hereby ORDERED that D.E. 73 in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney and the Bureau of Alcohol, Tobacco, Firearms & Explosives.

This the \_\_11\_\_ day of September 2018.

JAMES C. DEVER III
Chief United States District Judge