IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CR-174-D

FILED IN OPEN COURT
ON 9/11/2018
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES OF AMERICA )
)
VS. )
)
HOWARD DAVIS, )
)
Defendant. )

ORDER

IT IS HEREBY ORDERED that the following Government Exhibits be returned to Special Agent Stephen Babits and remain in his or her custody through the time of sentencing and any proceeding on appeal or review.

| **EXHIBIT #** | **EXHIBIT DESCRIPTION** |
|---|---|
| 13 | Powder Cocaine |
| 14 | Crack Cocaine |
| 15 | Digital Scale & Rubber Bands |
| 20 | Small Digital Scale |
| 25 | Firearm |
| 26 | Magazine & Ammunition |

SO ORDERED. This 11th day of September 2018.

Agent's Signature

JAMES C. DEVER III
Chief United States District Judge