IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CR-174-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| HOWARD DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Federal Rule of Criminal Procedure 32(h), the court hereby notifies the parties that it is contemplating an upward departure under U.S.S.G. § 4A1.3(a)(1). Reliable information appears to indicate that defendant's criminal history underrepresents the seriousness of the defendant's criminal history or the likelihood that he will commit other crimes. See Fed. R. Crim. P. 32(h); U.S.S.G. § 4A1.3(a)(1).

SO ORDERED. This 11 day of January 2019.

JAMES C. DEVER III
United States District Judge