IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CR-174-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| HOWARD DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |

On January 14, 2019, the court held a hearing on defendant's motion for a new trial [D.E. 95].

As explained in open court, the motion [D.E. 95] is DENIED as untimely. Alternatively, the motion is DENIED as baseless.

SO ORDERED. This 14 day of January 2019.

JAMES C. DEVER III
United States District Judge