UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-174-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| HOWARD DAVIS | ) | |

Upon consideration of the motion by the United States Attorney for the Eastern District of North Carolina to dismiss the Indictment in this case, the Court finds good cause to do so premised upon the limitation of the Government's evidence resulting from the May 7, 2021 opinion of the 4th Circuit Court of Appeals remanding the case for entry of an order granting a previously filed motion to suppress certain evidence.

The court therefore finds that the Indictment against the above-named Defendant in this case, filed in open court on June 7, 2017 as Docket Entry 1, is hereby dismissed without prejudice.

SO ORDERED this **27** of July, 2021.

JAMES C. DEVER, III
United States District Judge

1